**Opinion issued April 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00262-CV**

————————————

**IN RE BESSIE ESTEP, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Bessie Estep, filed a petition for writ of mandamus challenging the trial court's March 25, 2024 "Order Retaining Suit on Court's Docket and Setting Court Proceeding Dates" in a suit to terminate the parental rights of A.G., mother.[1] Estep requests that this Court grant her petition for writ of mandamus and direct the

---

[1] The underlying case is *In the Interest of G.E.-G., a Child*, Case No. 23-CP-0026, in the 306th District Court of Galveston County, Texas, the Honorable Robert Mayfield presiding.

trial court to vacate its March 25, 2024 Order Retaining Suit and a subsequent March 29, 2024 order directing the parties to participate in mediation on or before May 17, 2024.

Our review of Estep's mandamus petition reflects that she has failed to establish that she is entitled to mandamus relief. *See* TEX. R. APP. P. 52.7(a)(1); *see also Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992). Accordingly, we deny Estep's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We further dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.